UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


NORMAN FREEMAN,

                    Petitioner,

v.                                              1:97-cv-056
                                                1:94-cr-014


UNITED STATES OF AMERICA,

                    Respondent.


## MEMORANDUM AND ORDER


        This motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 was

denied and the action dismissed; the Sixth Circuit denied a certificate of appealability.

Petitioner then filed a motion to reopen the § 2255, which this court denied. Petitioner filed

an untimely notice of appeal of that decision, in which he stated that he did not receive the

order denying his motion to reopen until shortly before he filed his notice of appeal. The

Sixth Circuit has remanded the case for the limited purpose of considering the notice of

appeal as a motion to reopen the appeal period, under Rule 4(a)(6) of the Federal Rules of

Appellate Procedure.

The court notes that petitioner's copy of the order denying the motion to reopen was returned undelivered, apparently having been sent to the wrong address. The court also notes that petitioner filed his notice of appeal within 137 days of the entry of judgment and within seven days after he received notice of the entry of judgment. The court finds that no party would be prejudiced by reopening the time to file an appeal. Petitioner thus having met the requirements of Rule 4(a)(6), his notice of appeal will be treated as a motion to reopen the appeal period, which is **GRANTED**.

**E N T E R:**

        s/ James H. Jarvis
        United States District Judge

2